# **EXHIBIT A**

## DECLARATION OF MARK DOUGLASS

I, Mark Douglass, declare under penalty of perjury as follows:

1.      I am the owner of RVing Accessibility Group, Inc., d/b/a Peak Access in Colorado and work as an Accessibility Specialist/Accessibility Advocate.

2.      I have significant education, training and experience in Americans with Disabilities Act (ADA) policies, rules, and regulations, including identifying violations in places of public accommodation and providing recommendations to bring places of public accommodation into compliance with the ADA. My resume is attached as an exhibit. (Exhibit 2)

3.      I make this declaration based on my inspection of Original Pizza, 1300 West Midway Blvd., Broomfield, CO 80020 (Defendant), a review of the Complaint filed in this case by Plaintiff Melissa Umphenour (Plaintiff), and my education, training and expertise as an ADA Accessibility Specialist/Accessibility Advocate.

4.      I personally visited and inspected Original Pizza on February 6, 2017. Plaintiff's Complaint alleged the following ADA violations: 1) Failure to provide a parking spot with an accessibility sign; 2) Failing to locate the accessible parking space on the shortest route from the parking to the entrance; and 3) Failing to insulate the drain pipes under the sink.

5.      The allegation that the pipes are not properly insulated is completely frivolous. The pipes under the sink in the restroom are covered with insulation in their entirety and are completely compliant with ADA requirements. The owner of Original Pizza told me that the pipes have been insulated in this manner since the restaurant first opened.

6. The two alleged parking violations in the Complaint are similarly frivolous. There are two accessible parking spaces and both are located right next to the entrance to the restaurant on the closest and shortest accessible route from the parking to the entrance. I did inform the owner of Original Pizza that one of the spaces should be marked with the van accessible sign, rather than a regular accessible parking sign (as it was currently marked). Original Pizza has since replaced the accessible parking sign with the van accessible parking sign.

7. Based on my experience and expertise, all three of the allegations in the Complaint are either frivolous or have been fixed.

Executed on this 24th day of February, 2017.

_____
Mark Douglass