IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00002-CBS

MELLISA UMPHENOUR, an individual, on her own behalf and on behalf of LH, her minor child,

    Plaintiffs,

v.

CARA 3 PROPERTIES, LLC.,

    Defendant.

## DECLARATION OF PLAINTIFF MELISSA UMPHENOUR

Plaintiff, Mellisa Umphenour, declares under penalty of perjury, pursuant to 28 U.S.C. 1746, as follows:

1.     I am the Plaintiff in this action, along with my minor child.

2.     I visited the restaurant Original Pizza with my child to eat on the evening of November 19, 2016, not the evening of November 20, 2016.

3.     I was unable to find accessible handicapped parking by the restaurant because there was snow on the ground and the parking lot was very full.

4.     When I approached the restaurant I saw the striping on the ground that seemed to indicate van accessible handicapped parking, but a sign on the fence said that the space was "Parking For To Go Orders Only".

5.     It appeared to me that the accessible space had been converted to a reserved space for the restaurants customers who placed to go orders, and I took a picture of the parking space to document the sign.

6.  I did notice one accessible space that seemed to be indicated by a sign in the window of the restaurant, but it did not appear to me to indicate any particular accessible parking space, and did not appear to be 5 feet above the ground in front of the space.

7.  When I went to the restroom I noticed that there was no insulation on the pipes under the sink.

8.  I took a picture of the restroom to document that there was no insulation on the pipes under the sink at the time of my visit to the restaurant.

9.  Having seen Defendant's photos of the insulation on the pipes under the sink I know that this issue has now been fixed, and I now know that the correct signage is in place for the van accessible parking space, rather than the sign for customers with to go orders.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2017.

_____
Mellisa Umphenour