IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 17-cv-00002-CBS | Date: July 14, 2017 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

MELLISA UMPHENOUR, *et al.,*                James Carr

Plaintiff,

v.

CARA 3 PROPERTIES LLC,                       Courtenay Patterson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:27 p.m.**
Court calls case. Appearances of counsel.

Discussion and argument regarding *[16] Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(B)(1) and Memorandum in Support Thereof.*

**ORDERED:** *[16] Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(B)(1) and Memorandum in Support Thereof* is **GRANTED.** The request for attorney's fees within the motion is **DENIED**.

HEARING CONCLUDED.

**Court in recess: 02:06 p.m.**
Total time in court: 00:39

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.